Undersigned

Karl Burden - EL Bey
c/o 804 Grimes Road
Hampton Virginia
Non-domestic without the US

# NOTICE OF TERMINATION / CONDITIONAL ACCEPTANCE
### NOTIVE TO THE AGENT IS NOTICE TO THE PRINCIPAL
### NOTICE TO THE PRINCIPAL IS NOTICE TO AGENT
(Applicable to all Successors and Assigns)

Date: October 6, 2020

To: Fernando Galindo, Clerk of Court

UNITED STATES DISTRICT
Newport News Division
2400 West Avenue
Newport News, VA 23607

Re: **Termination and or Conditional Acceptance of Attorney (CARL L. BURDEN)**

Case #4:20-CR-00017

Dear Sir:

Thank you very much for your offer of assistance in this matter. I'm confident the court would not offer to appoint an attorney (Laura P. Tayman) (officer of the court) such as you unless they were of the highest caliber. Notice is hereby given that you are either terminated as of October 6, 2020 for rights violations or the Undersigned conditionally accepts your offer as a Public Defender for the Defendant CARL L. BURDEN® courts on condition that:

1. You accept private asset compensation payments, and:
2. You failed to provide evidence on the court records, and:
3. You do not argue the facts, and:
4. Be personally converted on all liability as surety for the Defendant, and:
5. Bring asset setoff, settlement, and closure on the private side, and:
6. This court approves said terms and conditions 1-5 herein in writing prior to any acceptance by the Undersigned authorized representative.

**NOTICE:** Copyright of tradename/trademark CARL LINWOOD BURDEN, LLC. © TRUST DBA CARL BURDEN© including any and all directives and variations in the spelling and use thereof, i.e. NOT limited to all capitalized names: under Copyright [1973]. by Karl Burden EL Bey which incur the same. All rights reserved. Said common-law/trade-name/trademark, CARL LINWOOD BURDEN© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of the stated above. All fiduciary relationships shall be governed by the Fiduciary – shield Doctrine. pg. ____

This **NOTICE CONDITIONAL ACCEPTANCE** is intended as a complete exclusive statement of the terms of the agreement between the parties as a "**FINAL EXPRESSION IN A RECORD**" as it relates to the appointment/assignment of any Article III Judicial Judges, Officers and Agents or not, of any Article III Judicial courts in this matter.

Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that All debt or credit transactions ledgered to account CARL L. BURDEN®, including any derivative and variations in the use and spellings thereof are done do in the best interest of the United States Treasury.

Thank you for your consideration, and I look forward to a relationship that is mutually Beneficial to all parties involved.

Sincerely

Without Prejudice UCC 1-308

By: _____

Karl Burden – EL Bey, Authorized Representative

Cc:

Attachments: Exhibits A Power of Attorney, B. Notice of Understanding and intent and Claim of Right

**NOTICE:** Copyright of tradename/trademark CARL LINWOOD BURDEN, LLC. © TRUST DBA CARL BURDEN© including any and all directives and variations in the spelling and use thereof, i.e. NOT limited to all capitalized names: under Copyright [1973]. by Karl Burden EL Bey which incur the same. All rights reserved. Said common-law/trade-name/trademark, CARL LINWOOD BURDEN© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of the stated above. All fiduciary relationships shall be governed by the Fiduciary – shield Doctrine. pg. ____

FURTHER AFFIANT SAYETH NOT

## Commercial Affidavit Oath and Verification

Virginia Republic )

          )   affirmed and subscribed

Newport News   )


    I, Karl Burden – EL Bey, Secured Party Creditor, under my unlimited liability and Commerical Oath, proceeding in good faith, being of sound mind, having first hand knowledge, affirm, state, and declare under pentalty of perjury under the laws of the United States of America that the foregoing is true and correct

Without Prejudice  UCC 1-308

Karl Burden – EL Bey, Secured Party Creditor
ALL RIGHTS RESERVED

# JURAT

State of Virginia )

) ss:

Newport News )

ON THIS _7th_ DAY of _October_, 20 _20_ before me,
The undersigned Notary Public, personally appeared _Karl Burden-El Bey_
And provided satisfactory evidence that he was that individual man.   In my
presence he executed the foregoing instrument for the purposes stated
therein and acknowledged that said execution was by his free act and deed

Seal

Witness my hand and official seal.

QIANA R. PAIGE
NOTARY PUBLIC
REGISTRATION # 7821896
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
1-31-2023

_____