# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF VIRGINIA

## NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA                    CASE NO 4:20-CR-00017

VS

CARL LINWOOD BURDEN, dba artificial entity

Affiant/Defendant

By; lord karl el bey; family of burden – A Living Soul, as Sui Juris

# NOTICE TO ALL

# AFFIDAVIT OF TRUTH and REPUDIATION

Be it known to all who called themselves "government, "their" courts," agents, and other

parties,  i.e., debt collectors, that I, a living soul, ...am a free born sovereign individual, without

subjects. I, am neither subject to any entity anywhere, nor is any entity subject to me.  I,

neither dominate anyone, nor am I, dominated. I, choose to be left alone to live out my days in

peace on the "Land" and under the jurisdiction of God

I, am not a "person" as defined in "Rules" "Codes" and "statues" when such definition includes

any such "artificial entities."  I, refuse to be treated as a "federally" or "state" created fictional

entity which is only capable of exercising certain limited rights, privileges, or immunities as specifically, " granted" by "federal", or "state", "county" or "city or any other "government" of any kind.

I, live my life by the laws of God and as such "I, love my neighbor" and "I, do no harm".

I, may voluntarily by my own desire, choose to comply with the "laws" which others attempt to impose upon me, but no such "laws," derived by man and at the whims of politicians, nor their "enforcers," have any authority over me. I, am not in any "jurisdiction," but my own, for I am not of either :subject" nor "citizen" status.

**Unless I have, willfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty. Where there is No victim, there is No crime. An entity is not even a victim, nor is it possible for it to be a victim, as there is no life blood nor a living soul.**

Thus, be it known to all, that I, reserve my natural right not-be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally.

Furthermore, I do not, accept the "liability" associated with the compelled debt and/or pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement"

As such, the hidden or unrevealed " contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void.  If I have, participated in any of the supposed :debts" or "benefits" associated with these hidden "contract," I have done so under duress, and as a victim of fraud, for lack of any other practical alternative. Having just recently learned of the fraud created upon my birth by the acts of the UNITED STATES Government.

I may, have received such "benefits" but I have not, accepted them in any manner that binds me to anything.

Any such participation does not constitute "acceptance," because of the absence of full

disclosure of any valid offer, and voluntary consent without misrepresentation or coercion.

Without a valid voluntary offer and acceptance, knowingly entered into by both parties,

With complete and full disclosure and that may have been made under the duress of pain or

injury or sickness there is no "meeting of the minds or of the souls," and therefore there is no

valid contract.  Any supposed "contract" is therefore void from the beginning.  And, is **Fraud.**

As is any perceived debts acquired there from.

From my age of consent 18, to the date affixed below I have never signed a contract knowingly,

willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural

inherent rights.  Furthermore, take notice, that I revoke, cancel, and make void from the

beginning my signature on any and all "contracts," "agreements," "forms," or any "instrument"

which may be construed in any way to give any agency or department of any "government"

any "authority," "venue," or "jurisdiction" over me.

Typical examples of such compelled and pretended "benefits" are.

1. "Birth Certificate": No issuance of (a) Birth Certificate or berth registration printed upon

    any "bond paper," Whether federally by the UNITRD STATES or by the "State/STATES of

    Virginia and or ANY and ALL other states" or any agency or subsidiary thereof having taken
    place prior

    to and before the age of my maturity shall thus constitute a contract.  Having given n

    o consent or meeting of "the mind and soul" under full and honest disclosure of the

meaning of said contract, and any use thereof for investment or insurance purposes

constitutes fraud, and trespass upon myself.  This is constructive fraud,  Unlawful Conversion,

barratry, press ganging, Peonage, and other felonies.

And neither shall (b) the "SSI" # or Subservient Slave Identity number as stated above…

Having also such taken place prior to age of maturity.

2.  The use of a national fiat currency to discharge my debts: I have used these only

    because there is no other widely recognized currency. The removal of such legal money

    and the institution of Tender that never has the ability to discharge a debt, but to

    tender it to a future date is both a travesty and an immoral act of government.

3.  The use of a bank account: If there is any hidden "contract" behind an account, my

    signature therewith gives no validity to it. The signature is only for verification of

    identity.

    I cannot be obligated to fulfill any hidden or unrevealed "contract" whatsoever, due to

    the absence of full disclosure and voluntary consent.

    Likewise, my use of the bank account is due to the absence of an alternative. To not use

    any bank at all is very difficult and impractical. I shall no longer sign/signature anything,

    if my name is put forth by me on paper it shall be as my Autograph only, without

    prejudice and without recourse under UCC 1-308

4.  The use a "driver's license" The Right to TRAVEL by private conveyance for private

    purpose upon the Common way can NOT BE INFRINGED. No <u>license</u> or permission is

    required for TRAVEL when such TRAVEL IS NOT for the purpose of [COMMERCIAL]

    PROFIT or GAIN  open highways operating  under license IN COMMERCE. However, If I

am stopped for any reason and found to be without a "license:' it is likely I would be unduly harassed and penalized. Therefore, under duress, I make carry a "license" only to avoid extreme inconvenience.

5. "State plates" on my private automobilies: Similarly, if I have "registered" any private automobilies with the "state" and carry the "state plates" on them, I have done so only because to have any other "plates" or no "plates" at all, causes me to run the risk of "police officer" harassment and threat of violence against my peaceful self and extreme inconvenience of self-having to train those that should already know, who "just are doing their job" and not thinking for themselves, however I do reserve my right to display private tags on my private property.

6. The use of a "passport": There is no real need for me to have a "passport" (or other associated "permits," "visas, etc.) to travel. I have the right to travel without hindrance, whenever , however, and whenever I wish, so long as I do not encroach upon the private property of others. Though without a "passport," my right to travel is unduly hindered.

Therefore, under duress, I only use a "passport" to prevent extreme inconvenience and to ensure that I can travel from one country to another at all. However, I do reserve my right to apply and obtain a "passport" as a state citizen for identity purpose as well

7. Pass "filing" of "tax returns": Because such "tax returns" were "filed" under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is

nothing in any past "filings" of "tax returns" or payments that created any valid  contract. Therefore, no obligations on my part was ever created.

8.  Pass "enrollment" and "voting": Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the "requirements" for the "supposed" privilege to "enroll" and to "vote," any such "enrollment" or "voting" does not obligate me to do anything, nor grant any "jurisdiction" over me to anyone.

9.  "Citizenship": Any documents I may have ever signed, in which I answered "yes" to the Question, **"Are you a United States citizen?"** - cannot be used to compromise my status as a sovereign, nor obligate me to perform in any matter. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in the document bearing my signature given freely without misrepresentation or coercion, there can be no binding contract.

I was brain washed through government Procter gamble in a Government-controlled school system that under threat of force I was made to attend. Being a US Citizen was taught as if it was a privilege and patriotism through a pledge of allegiance daily was perverted to that end.  This was gross fraud, Press ganging, unlawful conversion, on a grandee's scale therefore having recently learned of this fraud,  I, Declare that;  I am not a "United States citizen."  I am not a "resident of," an "inhabited of," a "franchise of,"  a "subject of," a "ward of," the "property of," the "chatter of," or "subject to the jurisdiction of" any "monarch" or any corporate "commonwealth," "federal," "state," "territory," "country," "council," "city," "municipal body politic," or other "government"

allegedly "created" under the "authority" of a "constitution" or other "enactment." I am not subject to any "legislation," department, or agency created by such "authorities," nor to the "jurisdiction" of any employees, officers, or agents deriving their "authority" therefrom.  NO, I am a living soul,  am NOT a 14th Amendment US Citizens or subservient slave thereof.

Nor do any of the "statues" or "regulations" of such "authorities" apply to me or have any "jurisdiction" over me. I do not consent.

Further, I am not subject of any "courts" or bound by "precedents" of any "courts," deriving their "jurisdiction" from such man-made and perceived "authorities."

Take notice that I hereby cancel and make void from the beginning any such "instrument" or any presumed "election" made by any "government" or any agency or department thereof, that I am or ever have voluntarily elected to be treated as a subject of any "monarch" or as a citizen" or a "resident" of any "commonwealth," "state," "territory," "possession," "instrumentality," "enclave," "division," "district," or "province," subject to their "jurisdiction(s).

10. Constitution": The document supposedly setting forth the foundations of a "country" and "its" "government,"  has no inherent authority or obligation. A "constitution" has no authority or obligation at all when concerning people, unless as a contract between two or more individual formed Nation States, and then it is limited only to those states who have specifically entered into it. At most, such a document could be a contract

between the existing people at the time of its creation, but no-one has the right, authority or power to bind their posterity. I have not knowingly , voluntarily and intentionally entered into any such "constitution" contract to oblige myself thereby , therefore such a document is inapplicable to me, and anyone claiming to derive their "authority" from such a document has no "jurisdiction" over me. Especially since the original and organic constitution of 1787 itself was subverted by look alike sound alike fraud in 1868 by the corporate UNITED STATES space of AMERICA.

11. : Use of semantics: There are some people with mental imbalances, such as the craving to dominate other people, who masquerade as "government," and "Authority" that call the noises and scribbles that emanate from their mouths and pens "the law" which "must be obeyed." Just because they alter definition of words in their "law" books to their supposed advantages, doesn't mean that I accept those definitions. The fact that the define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee, "income," "Zip Code" and many others, in ways vastly different from the comma usage, so as to be associated with the subject or slave status, meaning nothing in real life to, I, a man, a living soul, created by God Because the private for profit "courts" and it's "court administrators", have become entangled in the game of semantics, be it known to all "courts" and all parties, that if, I have ever signed any document or spoken into words on record, using words defined by twists in any "law" books different from the common usage, there can be no effect whatsoever on my sovereign status in society thereby, nor can there be created any "obligation" to perform in any manner, by the mere

use of such words. Where the definition in the common dictionary differs from the definition in the law dictionary, it is the definition in the common dictionary that prevails, because it is more trustworthy, than the actors who pretend to use "Assumption" and "Presumption" of perceived facts.

Such compelled and supposed "benefits" include, but not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only, and it is with full reservation of all my natural inherent rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until alternatives become available, practical, and widely recognized.

### REVOCATION OF POWER OF ATTORNEY

I, hereby revoke, rescind, cancel, and make void from the beginning, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any "tax file /identification number" and/or "social security number" assigned to me, as it pertains to my "birth certificate," and "SSI" or as it pertains to any and all other numbers, "licenses," "certificates," and other "instruments" issued by any and all "government" in and quasi-" governmental" departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty and/or my private property.

I, hereby wave, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or "gratuity" associated with any of the for aforementioned numbers, "license"

"certificates" and other "instruments." My use of any such numbers "Licenses," "certificates," or other "instruments" has been for informational purposes only, and absolutely does not grant any "jurisdiction" to anyone that is not expressly in writing given freely by me, with full disclosure.

I, do hereby revoke and rescind all powers of attorney being used, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, without my consent or knowledge, as it pertains to any and all property, real or personal, corporate incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possessor with allodial title to any and all my property.

Take notice; that I also revoke cancel and make void from the beginning all powers of attorney, in fact, presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, but not limited to any and all quasi/ colorable, public, "governmental" departments, agencies or corporations or subsidiary corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts constituting Fraud.

This is an Affidavit of Truth and on the record, therefore any rebuttal must be responded to point by point or shall become fact in 10 Days.

I, affirm that all of the foregoing is true and correct, I affirm that I am confident and of sound mind, to make this Affidavit. I hereby affix my own Autograph to all of the

affirmations in this entire document with explicit reservation of all my unalienable

rights and my specific rights not to be bound by any "contract" or "obligation" which I

have not entered into knowingly, voluntarily, intentionally, and without

misrepresentation, duress, or coercion, or through fraud and/or misrepresentation of

others.

I, have previously already notified through another/and additional correspondence

To: Joe Biden As: The PRESIDENT OF THE UNITED STATES  1600 Pennsylvania Ave

Washington District of Columbia;

To: Rex Tillerson As: the SECRETARY OF STATE OF THE UNITED STATES   2201 C Street

NW Washington District of Columbia 20520;

To Jeff Sessions As: The ATTORNEY GENERAL OF THE UNITED STATES c/o U.S.

Department of justice 950 Pennsylvania Ave Commerce NW Washington, District of

Columbia 2053-0001

To: Mark Herring As: The ATTORNEY GENERAL OF THE STATE OF VIRGINIA office of the

Attorney General Justice Building third floor 215 N sanderling, PO box 2014 one

Richmond VA 23219

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent.

I, say here and we'll verify and open common law court that all herein be true . By

special appearance and as a courtesy only.

The use of a notary below is for the explicit purpose of a **"Jurat Certificate"** and for

**"identification only"**, and such use does not grant any "jurisdiction" to anyone other

than I, for or on my own behalf.  meaning of jurisdiction juris = law  diction = words

FURTHER AFFIANT SAITH NOT.

Subscribe and sworn, without prejudice, and without recourse

. (Printed Name) _Vernon  M. Gregory Sr._

Principle, by Special Appearance , proceeding Sui juris .     UCC 1 – 308

Autograph by _Vernon M. Gregory M_____on this, the _14^th_ day _____ of

_____MAY_____ 20 _21_

## "Notary Public", as " Jurat Certificate"

On this *14ᵗʰ* day of *MAY*_____, 20 *21* , before me, the undersigned,

a Notary Public, in and for, Hampton City, Virginia State, personally appeared the

above-signed, known to me to be the one whose name is signed on this instrument,

and has acknowledged to me that he/she personally has executed the same.


Signed: *Vern M. Gregory Sr*_____

Printed Name: *VERNON  M.  Gregory  Sr*_____          (Seal)

Date: *5/14/21*_____

Address: *417 Coley St. Hampton VA*_____

```
VERNON M. GREGORY SR
NOTARY PUBLIC
REGISTRATION # 7879346
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
June 30 2024
```

# Jurat Certificate

State of _Virginia_ _____

County/City of _Hampton_ _____


Subscribed and sworn to (or affirmed) before me on this ____14 th_____

Day of _MAY_____, 20 _21_, by _____


Notary Signature _Vernon M. Gregory Sr_____

Place Seal Here

> VERNON M. GREGORY SR
> NOTARY PUBLIC
> REGISTRATION # 7879346
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES
> June 30 2024


## Description of Attached Document

Type or Title of Document

_Notice of All Affidavit of Truth and Repudiation_

Document Date                                        Number of Pages  / 3

_05/14/2021_____        _____Karl-burden: el bey

c/o 804 Grimes Road
Hampton, Virginia

Sui Juris

# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DICTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATE S OF AMERICA | § | CASE #: 4:20-CR-0001 |
| Plaintiff, | § | **NOTICE (2nd)** |
| Vs | § | TERMINATION OF SERVICES |
| CARL LINWOOD BURDEN | § | |
| Defendant | § | |

I, karl-burden: El-bey a living Soul, a man, Sui Juris; non-agent, non-representative of the false fictional entity known as CARL LINWOOD BURDEN d/b/a CARL BURDEN, created fraudulently by the courts and those are perceived authority in this De Facto Government Without my Consent, as a courtesy and by "special Appearance" **only** without any waiver of rights, do hereby **NOTICE**, again, the Court that services provided by Laura P. Tayman, Esq. to defend CARL LINWOOD BURDEN, d/b/a CARL BURDEN, a legal entity are no longer required, as stated desired, or needed. She is hereby again, **TERMINATED (second time)** from all further services since October 13th 2020 as stated  and all action or services are/were not unauthorized and void.

1United States Constitution, Art, VI, cls, 2; "**This Constitution**, and the laws of the United States which shall be made in the **Pursuance** thereof; and all Treaties made, Or which shall be made, under the Authority of the United States,

I, karl- burden : of the El Bey family, one from among  We the People, the Trustee for

the record, have rights, secured by the Constitution for the United States of America,

Amendment XIII, not to be compelled, into Involuntary Servitude nor Slavery.  Involuntary

Association is Involuntary Servitude. Any compelled, involuntary association with Laura

Tayman, Esquire by this court with , I, karl- burden el-Bey shall be deemed violative of the

Supreme law of the land.

Trustee does not consent to contract.

An attorney once fired is fired.


        This **NOTICE** shall in **NO** way be construed as a motion, nor a request for permission.

The matter is his hereby adjourned.


Subscribed and sworn, without prejudice, and without recourse, All rights reserved.

(Print it name) _Karl  Burden -El  Bey_                .

Principal, by Special Appearance, proceeding SUI JURIS .    **UCC 1-308**

        Without Prejudice

_Karl Buhk El Bey_                    Dated this day May _14th_, 20 _21_

Autographed by: karl-burden: of the El Bey family

        Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent


**Shall be the supreme Law of the Land; and the Judges in every state shall be bound thereby,**

any Thing in the Constitution or Laws of any State to the contrary not withstanding."

**"Notary Public" as "Jurat Certificate"**

Virginia State


 Hampton City




SIGNED AND SWORN BEFORE ME on May, _14th_ 20 _21_ by karl- burden : of the el-b family

X _Vernon M. Gregory Sr_ _____ Public Notary in and

for the state of Virginia

_Vernon M. Gregory Sr_ _____ printed name




Seal

```
VERNON M. GREGORY SR
    NOTARY PUBLIC
REGISTRATION # 7879346
COMMONWEALTH OF VIRGINIA
 MY COMMISSION EXPIRES
```

My commission ends on _June 30, 2024_

## CERTIFICATION OF SERVICE

I karl-burden: el bey certifies that on

_05/20/2021_____, a copy of the following

document(s) was {served/Mailed} filed as follows:

1. _Letter To the Clerk — Accepted For Honor on Behalf of the US_
2. _Notice to all Affidavit of Truth & Repudiation —2nd Notice of Termination_
3. ~~Affidavit~~ Not Pro-se — Notice to clerk & All Judicial Officers
4. Notice of Interest & Commercial Affidavit Cease & Desist Notice
   Commonwealth of Virginia Certificate of Live Birth

Via by: certified U.S. mail, return receipt requested

# _7021 1640 0000 5037 8452_____

Without Prejudice

by: karl-burden: el bey -Sui Juris
                    Jurisdiction of the Court: Commerce

CERTIFICATE OF VITAL RECORD

VERIFY PRESENCE OF WATERMARK      HOLD TO LIGHT TO VIEW

8435391

# COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

## CERTIFICATE OF LIVE BIRTH

**STATE FILE NUMBER:**           145-55-060314

**NAME OF REGISTRANT:**          KARL BURDEN-EL BEY

**DATE OF BIRTH:**               SEPTEMBER 30, 1955          SEX:    MALE

**PLACE OF BIRTH:**              PORTSMOUTH, VIRGINIA

**MAIDEN NAME OF MOTHER:**       LILLIE MAE PETTAWAY

**AGE OF MOTHER:**               23

**MOTHER'S PLACE OF BIRTH:**     NORTH CAROLINA

**NAME OF FATHER:**              THELONIOUS BURDEN

**AGE OF FATHER:**               30

**FATHER'S PLACE OF BIRTH:**     NORTH CAROLINA

**DATE RECORD FILED:**           OCTOBER 7, 1955

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED     **May 19, 2021**

*Janet M. Rainey*
Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner.
Section 32.1-272, Code of Virginia, as amended.                                    VS 15B

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

VOID IF ALTERED OR ERASED

UNITED STATE DISTRICT COURT

FOR THE EASTERN DICTRICT OF VIRGINIA

NEWPORT NEWS DIVISION


UNITED STATE S OF AMERICA          §          CASE #: 4:20-CR-0001

        Plaintiff,

Vs

CARL LINWOOD BURDEN

        Defendant


## **AFFIDAVIT NOT PRO-SE**

1) I, karl-burden: El bey a living Soul, Sui Juris, Trustee on record for the express trust, as a courtesy and "special Appearance" only without any waiver of rights, having only just recently learned of the fraud committed by the courts and those of perceived authority in this De Facto Government who having created a false fictional entity known as CARL LINWOOD BURDEN Without my Consent.

2) I, karl-burden: El bey, Trustee, have previously dismissed Laura P. Tayman as Attorney acting in behalf of the false fictional entity CARL LINWOOD BURDEN, retain all right, including the right to settle all debts and claims, to the assistance of Counsel guaranteed by the Amendment VI to the Constitution for the united States of America to we the People of the united States of America and the several states.

3) **I, do hereby declare as a living Soul and Trustee that I am Sui Juris** and demand that Pro Se not be applied to the record, Matt responding pro say, no pro anything Comer and never want to be or should be considered a part of that traders group calling themselves attorneys, nor is private foreign labor union the American Bar Association.

4) **Please see attached notice declercq I heard my mandate you to record this correspondence and demand that it be made available on pacer I need above reference case number, so it may be found in the records corrected**

5) notice to agent is notice to principle, notice the principle is notice to agent


        the use of notary below is plus the explicit purpose of a jurat certificate and identification as such use does not grant any jurisdiction to anyone other than I, four or on my own behalf.

        Definition meaning of jurisdiction geris equal law, diction equal words

Definition / meaning of LAW: = Land, Air, Water, as set up by the three testamentary trusts.

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn (Affirm), without prejudice, and without recourse.

(Printed Name); *Karl Burden-El Bey*

Principal, by Special Appearance, Proceeding Sui Juris          UCC 1 – 308

*without Prejudice*

Autographed by: _____ om this, the __14th__ day of
May 2021

## "Notary Public", as "Jurat Certificate

Hampton City

Virginia State

SUBSCRIBED AND SWORN (AFFRIM) TO BEFORE ME on May __14th__, 2021 at Hampton, Virginia

X _____ Public Notary in and for the Virginia State

VERNON M. Gregory Sr. _____ Printed Name

My commission ends on ___June 30,_____ 20 __24__
     Seal

VERNON M. GREGORY SR
NOTARY PUBLIC
REGISTRATION # 7879346
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES

Notice to Clerk and all Judicial Officers –

The minute you receive any document, it is recorded according to the following case site.

**Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex. 1990)."**An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked."

  Should you refuse to record any of My documents, once deposited with you, you are committing a crime under Title **18 USC § 2071** by fines and imprisonment if your attorney told you do not file any documents like mine you are still responsible, as I do not accept any third party interveners. attorney District Attorney or anyone from the lowering craft all third parties and do not have a license to make a legal determination in this matter as they do not represent me my property and you the district clerk and do not have authority to represent me.

  **Title 18 USC - Crimes and Criminal Procedure**
  **Part 1 Crimes**
  Chapter 101- Records and Reports
  Section 2 071 Concealment, removal, mutilation generally
  (a)  Whoever willfully and unlawfully conceals, remove, mutilate, obliterates, or destroys, or attempt to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, other thing, filed or deposited with any clerk or officer of any court of the United States, or any public office, or with any Judicial or public officer of the United States, shall be fine under this title or imprisoned not more than three years, or both.
  (b)  Whoever, having the custody of any such a record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, remove, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the armed forces of the United States.

  **Revised Statues of the United States, 1st session, 43 Congress 1873- 1874.**
  **Title LXX.— CRIMES.— CH. 4.. CRIMES AGAINST JUSTICE**
  **SEC. 5403.** (Destroying, &c. public records.)
  Every person who willfully destroys or attempt to destroy, or, with intent to steal or destroy, takes and carry away any record, paper, or proceedings of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: {See § § 5408, 5411, 5412.1]

  **SEC. 5407.** (Conspiracy to defeat enforcement of the laws.)
  If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with the intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawful enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal

protection of the laws, each of such persons shall be punished by a fine of not less than five hundred no more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months no more than six years, or by both such fine and imprisonment. See §§ 1977- 1991, 2004- 2010, **5506- 5510.1**

**SEC. 5408.** (destroying record by officer in charge.)

Every officer, having the custody of any record, document, paper, or proceedings specified in section fifty-four hundred and three, who fraudulently takes away, or withdrawals, or destroy any such record, document, paper, or proceedings filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States

Legatus Non Violatur,
Without Prejudice,
Non Assumptsit,
All Rights Reserved

**To: The Public, file on the Public Record**

Jurisdiction of the Court: Commerce
27 9CFR) Code of Federal Regulation 27.11
All "crimes" are Commercial

# Notice of Interest
And
# Commercial Affidavit
By: karl-el bey: family of Burden

Regarding case number **40-20-cr-00017**

Whereas, the public record is the highest form of evidence, I am hereby timely creating for the public record by this Verified Declaration, Affidavit, within the Virginia/ Nevada Union State that an Expressed Trust had Arisen; and,

Judge the US Marshall is in possession of and Custody of the person being Charged, And valuable Consideration has been Tendered.

Did you Notice and Acknowledge the Trust?; and,

Did you Notice the Expression of the Trust and the Validity of the Equitable E-state?; and,

Do you Disclaim a Trust has arisen?; and

Your silence is evidence and stands as consent, and tacit approval to all claims, for the declarations of facts and conclusions here being established as fact, as a law matter and this declaration, affidavit, absent written rebuttal within forty-eight (48) hours, will stand judgement in this matter; and,

Failure to rebut in a <u>sworn affidavit form within seven days,</u> item by item, shall establish you are in full agreement with the claims herein or has been presented and are thusly lawfully estopped pursuant to: [Carmine v. Bowen, 64 A.932, 1906], "silence activates estoppel": and,

The right to amend this document is reserved by author, who is the only party authorized to assert the right to make amendments to this document as necessary, and in order that the truth may be ascertained and these proceedings are justly determined : and ,

Should a man or woman possesses information that will controvert and overcome this Declaration which specificity , please advise in writing by Verified Declaration in form of affidavit, point by point, under penalty of perjury, within seven days from the filing of this document; and thereby, provide me with your timely rebuttal proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and at no time in reliance or mere perceptive facts the personal conclusions, that this affidavit is substantially and materially false sufficiently for changing materially my declaration; and

Affiant, competent by stating the matters set forth herein, does herewith solemnly swear/affirm on my own commercial liability the testimony that I give in this Notice of Interest and Affidavit will be to the best of my knowledge and belief, true, correct, complete, not misleading, the truth, whole true and nothing but the truth.

1. By this notice of Interest and Affidavit I am claiming my right as Trustee to an automatic three weeks stay of anything, so that I may exhaust all commercial remedies regarding this issue, and,

2. This Court alleges to have the jurisdiction or authority to imprison or otherwise detain me (State citizen) based on the allegations existence of the (Comprehensive crime Control Act of 1984 and its alleged amendments) Sentence Reform Act; however, I am without evidence that the Comprehensive Crime Control Act/Sentencing Reform Act exist and demand that a certified copy, meeting all requirements of an "Act of Congress", be provided forthwith ( definition: immediately and without delay); and ,

3.  Title 18 USC 4001 (a) states, "No citizen shall be imprisoned or otherwise detained by the United states except pursuant to an act of Congress ."; and,

4. Title 1 USC 101 states, "The enacting clause of all Acts of Congress Shall be in the following form: " Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled."; and ,

5. Title 18 USC is a code and is **not an Act of Congress**; and,

6. HJRA -98-473, Public Law is **not an Act of Congress**; and ,

7. This Court alleges to have jurisdiction or authority over man; however, I am without evidence that this is so; therefore, it is not so; and,

8. This Court alleges that I am legal "person"; however, I am without evidence that it is so; therefore, it is not so; and,

9. This Court alleges that a State citizen and or Trustee is "subject to" codes and statues; however, I am unaware that only the Military Jurisdiction uses statues, **see Lieber Code Article 13**. I am not subject to Military Jurisdiction. I am without evidence to the contrary; therefore, it is not so; and,

10. A non- rebutted claim stands as sovereign truth in commerce; and ,

11. Upon the expiration of the allotted seven (7) days to rebut, If un-rebutted this Notice of Interest and Affidavit automatically converts to a **Notice of Distress Infinite** until a rebuttal to all Affidavits in this matter is received with evidence attached and sworn to; , and,

Affiant, competent by stating the matters set forth herein, does herewith seldomly swear/affirm on my own commercial liability that the testimony that I gave in this Notice of Interest and Affidavit and any others is to the best of my knowledge and belief true correct complete not misleading the truth whole truth and nothing but the truth

13. **"For a crime to exist, there must be an injured party. There can be no sanction or penalty imposed upon one because of this exercise of Constitutional right.- Sherar v. Cullen, 481 F. 945**

14. A non- rebutted claim stands as sovereign truth in commerce; and ,

15. Upon the expiration of the allotted seven (7) days to rebut, If un-rebutted this Notice of Interest and Affidavit automatically converts to a **Notice of Distress Infinite** until a rebuttal to all Affidavits in this matter is received with evidence attached and sworn to; , and,

**Further Notice; Title 18 U.S. Code §1545. Safe conduct violation applies**

Affiant, competent by stating the matters set forth herein, does herewith seldomly swear/affirm on my own commercial liability that the testimony that I gave in this Notice of Interest and Affidavit and any others is to the best of my knowledge and belief true correct complete not misleading the truth whole truth and nothing but the truth

dated this 14th day of May 2021

Honorably,

Without Prejudice

By: _Juel Bah-El B2_____

Karl: family of Burden-el bey

# "Notary Public", as "Jurat Certificate"

On this _14th_ day of _MAY_ , 20 _21_ , before me, the undersigned, a Notary Public, in and for, Hampton City, Virginia Union State, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me the s/he personally has executed the same'

Autograph: _Vernon M. Gregory Sr_____
Printed Name: _VERNON M- Gregory Sr_____
Date: _MAY 14, 2021_____
Address: _417 Coley St. Hampton VA_____

Seal

VERNON M. GREGORY SR
NOTARY PUBLIC
REGISTRATION # 7879346
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
June 30 2021

## CERTIFICATE OF SERVICE

**Notice: notice to the agent is notice to the principle; notice to the principle is notice to the agent;**

I hereby certify that on the __20th__ day of __May_____, 20 _21_, I served
__Legal Documents_____, upon

__Fernando Galindo_____     __US District Clerk__

__David J. Novak_____     __Judge__

_____     _____

_____     _____

by the following method or methods as indicated"

( )     by mailing to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the Post Office at Hampton, Virginia Union State,  on the date set forth above.

(X)     By mailing via certified mail, return receipt requested, to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the Post Office at __i062 W. Mercury Blvd Hampton, VA__ on the date set forth above.

__May 20th__ ( / /2021)

# Jurat Certificate

State of

_Virginia_

City of

_Hampton_

Subscribed and swon to (affirmed) before me this

_14 th_

Day of _May_ , 20 _21_ by

_Vernon M. Gregory Sr._

_Vernon M. Gregory Sr_

Notary Signature

Place Seal Here

VERNON M. GREGORY SR
NOTARY PUBLIC
REGISTRATION # 7879346
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
_June 30 2024_

**Description of Attached Document**

**Type or Title of Document**

**Document Date**             **Number of Pages**

**Signer((s) Other Than Named Above**

# CEASE AND DESIST

### Nemo me impune lacessit.

| PRIVATE<br>THIS IS NOT A PUBLIC<br>COMMUNICATION<br>**Notice to agent is Notice to principle**<br>**Notice to principle is Notice to Agent**<br>**Applications to all successors and assigns** | **From: Lord Karl – Burden: EL Bey**<br>Always retaining all rights.<br>Care of postal service address:<br>c/o 804 Grimes Road<br>Hampton, Virginia union state<br>USA without USDC<br>Zip exempt, but near 23669 |
|---|---|

### TO:

| **To:** Hon. John G. Roberts, Chief Justice<br>**Supreme Court of the United States of America**<br>One First Street, NE<br>Washington, DC. 20543 | **To:** David J. Novak<br>Attn: To all it may concern<br>C/o 2400 West Avenue<br>Newport News, Virginia 20607 |
|---|---|

**Attachments:**
1) Birth certificate.

**It is a fact that:** I am a natural born State Citizen of State you were born in here, in its constitutional capacity, as one of the several states of the Union. And I am an inhabitant thereof.

**It is a fact that:** That my birth certificate is proof that I am a State Citizens. See attached birth certificate.

**It is a fact that:** That I am not a United States citizen, resident, person, individual or any other legal fiction, nor have I ever been.

**It is a fact that:** I explicitly reserve all of my rights always and forevermore.

**It is a fact that:** That the United States, with intent and great deception, uses, term "United States citizen", to deprive the people of their rights, their birth rights, their property and freedom. And further, to relegate their status, to that of livestock.(See U.S. v. Anthony, 24 Fed. Cas. 829, 830)

**It is a fact that:** you failed to protect my Constitutional Rights and property, (see Corpus Juris Secundum, Volume 7, Section 4.)

I owe you nothing nor do you have any jurisdiction over me. Your constant unceasing e-mails from you and your satellite departments that harass, threatens, attempts at coercion, scare tactics, stalking and all other actions are depriving me of our right to tranquility guaranteed by the preamble of, and the rest of the constitution for the United States of America. You are violating the RICO laws, stocking laws, mail fraud laws, depriving rights under color of law as well as the common law and the constitution. Your actions are also acts of treason and tyranny.

### I ORDER YOU TO CEASE AND DESIST ALL ACTIVITIES AGAINST ME!

### Lord Karl – Burden; EL Bey

sixteenth day of May 16th in the year of our Lord 2021

WITHOUT PREJUDICE

By: _Karl Bhu-El Bey_



Lord Karl Burden ~Izilbey
c/o 804 Grimes Road
Hampton, Virginia Zip Exempt

Lord Karl Burden ~Izilbey
c/o 804 Grimes Road
Hampton, Virginia 73063

(formerly 12 USC 95 (A) (2)

## Pay to the order of the UNITED STATES

## TREASURY



## Without Recourse

### Instructions and Orders:

Accepted for value, Exempt from Levy

H.J. Res. 192, 73rd Cong., 1st Sess. Approved June 5, 1933, 4:30 p.m.
Executive Order 6102
Notice of Mandate Authority by Claim of Right

### Without Prejudice

Autograph _____ / DATE: 05/ ___/2021 ___ day, of
_____ 2021

Exemption ID# CARL LINWOOD BURDEN / 228800736 SS#
Deposit to the U.S. Treasury DBA The Internal Revenue Service
Charge the same to CARL LINWOOD BURDEN 228800736 CUSIP branch with the remittance.
C3990821
Case # 4:24-CR-00017

I have accepted this on behalf of the United States. Here is the clear concise an unequivocal
mandate transfer order Comer you may collect that

Department of the Treasure
1500 Pennsylvania Ave Comer .in . W ,Washington DC 22 220

My obligation to the court is done as per 50 USC 4305 b(2) "formerly 12 USC' 95 (a)"

As we the people are the highest authority in the land we have the authority to create a
mandate.

Warning: If notice is not answered or mandate is not performed, silence confirms claim,
otherwise, liability has been imposed in the public without remedy .
Respond or perform mandate but then (15) Fifteen, days of receiving this notice.

Respectfully Submitted, Without prejudice, Without recourse, All rights reserved

Lord karl burden :el bey.

Sui Juris



# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DICTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATE S OF AMERICA | § | CASE #: 4:20-CR-0001 |
| Plaintiff, | § | **NOTICE (2ⁿᵈ)** |
| Vs | § | TERMINATION OF SERVICES |
| CARL LINWOOD BURDEN | § | |
| Defendant | § | |

I, karl-burden: El-bey a living Soul, a man, Sui Juris; non-agent, non-representative of the false fictional entity known as CARL LINWOOD BURDEN d/b/a CARL BURDEN, created fraudulently by the courts and those are perceived authority in this De Facto Government Without my Consent, as a courtesy and by "special Appearance" **only** without any waiver of rights, do hereby **NOTICE**, again, the Court that services provided by Laura P. Tayman, Esq. to defend CARL LINWOOD BURDEN, d/b/a CARL BURDEN, a legal entity are no longer required, as stated desired, or needed. She is hereby again, **TERMINATED (second time)** from all further services since October 13ᵗʰ 2020 as stated  and all action or services are/were not unauthorized and void.


1United States Constitution, Art, VI, cls, 2; "**This Constitution,** and the laws of the United States which shall be made in the **Pursuance** thereof; and all Treaties made, Or which shall be made, under the Authority of the United States,

# UNITED STATE DISTRICT COURT



# FOR THE EASTERN DICTRICT OF VIRGINIA

# NEWPORT NEWS DIVISION

UNITED STATE S OF AMERICA      §      CASE #: 4:20-CR-0001

        Plaintiff,

   Vs

CARL LINWOOD BURDEN

        Defendant

## **AFFIDAVIT NOT PRO-SE**

1)   I, karl-burden: El bey a living Soul, Sui Juris, Trustee on record for the express trust, as a courtesy and "special Appearance" only without any waiver of rights, having only just recently learned of the fraud committed by the courts and those of perceived authority in this De Facto Government who having created a false fictional entity known as CARL LINWOOD BURDEN Without my Consent.

2)   I, karl-burden: El bey, Trustee, have previously dismissed Laura P. Tayman as Attorney acting in behalf of the false fictional entity CARL LINWOOD BURDEN, retain all right, including the right to settle all debts and claims, to the assistance of Counsel guaranteed by the Amendment VI to the Constitution for the united States of America to we the People of the united States of America and the several states.

3)   **I, do hereby declare as a living Soul and Trustee that I am Sui Juris** and demand that Pro Se not be applied to the record, I am not representing Pro Se, nor Pro anything, and never want to be or should be considered a part of that traitors' group calling themselves attorney's, nor its Private Foreign labor union the American Bar Association.

4)   **Please SEE ATTACHED "Notice to Clerk" I hereby mandate you to record this correspondence and Demand that it be made available on PACER, under the above reference case number, so it may be found and the records corrected**

5)   Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent

The use of notary below is for the explicit purpose **of a "Jurat Certificate" and "Identification"** and such use does not grant any "jurisdiction" to anyone other than I, for or on my own behalf.

Definition / meaning of "jurisdiction: juris = law, diction = words.

Definition / meaning of LAW: = Land, Air, Water, as set up by the three testamentary trusts.

The minute you receive any document, it is recorded according to the following case site.

**Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex. 1990)."** An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked."

Should you refuse to record any of My documents, once deposited with you, you are committing a crime under Title **18 USC § 2071** by fines and imprisonment if your attorney told you do not file any documents like mine you are still responsible, as I do not accept any third party interveners. attorney District Attorney or anyone from the lowering craft all third parties and do not have a license to make a legal determination in this matter as they do not represent me my property and you the district clerk and do not have authority to represent me.

    **Title 18 USC - Crimes and Criminal Procedure** 
    **Part 1 Crimes**
    Chapter 101- Records and Reports
    Section 2 071 Concealment, removal, mutilation generally

(a)  Whoever willfully and unlawfully conceals, remove, mutilate, obliterates, or destroys, or attempt to do so, or with intent to do so takes and carries away any record, proceeding, map, book, paper, document, other thing, filed or deposited with any clerk or officer of any court of the United States, or any public office, or with any Judicial or public officer of the United States, shall be fine under this title or imprisoned not more than three years, or both.

(b)  Whoever, having the custody of any such a record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, remove, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the armed forces of the United States.

    **Revised Statues of the United States, 1st session, 43 Congress 1873- 1874.**
    **Title LXX.— CRIMES.— CH. 4.. CRIMES AGAINST JUSTICE**
    **SEC. 5403.** (Destroying, &c. public records.)
    Every person who willfully destroys or attempt to destroy, or, with intent to steal or destroy, takes and carry away any record, paper, or proceedings of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document,  or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: {See § § 5408, 5411, 5412.1]

    **SEC. 5407.** (Conspiracy to defeat enforcement of the laws.)
    If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with the intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawful enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred no more than five thousand dollars, or by imprisonment,  with or without hard labor, not less than six

**To: The Public, file on the Public Record**

Jurisdiction of the Court: Commerce
27 9CFR) Code of Federal Regulation 27.11
All "crimes" are Commercial



## Notice of Interest
And
## Commercial Affidavit
By: karl-el bey: family of Burden

Regarding case number **40:20-cr-00017**

Whereas, the public record is the highest form of evidence, I am hereby timely creating for the public record by this Verified Declaration, Affidavit, within the Virginia/ Nevada Union State that an Expressed Trust had Arisen; and,

Judge the US Marshall is in possession of and Custody of the person being Charged, And valuable Consideration has been Tendered.

Did you Notice and Acknowledge the Trust?; and,

Did you Notice the Expression of the Trust and the Validity of the Equitable E-state?; and,

Do you Disclaim a Trust has arisen?; and

Your silence is evidence and stands as consent, and tacit approval to all claims, for the declarations of facts and conclusions here being established as fact, as a law matter and this declaration, affidavit, absent written rebuttal within forty-eight (48) hours, will stand judgement in this matter; and,

Failure to rebut in a sworn affidavit form within seven days, item by item, shall establish you are in full agreement with the claims herein or has been presented and are thusly lawfully estopped pursuant to: [Carmine v. Bowen, 64 A.932, 1906], "silence activates estoppel": and,

The right to amend this document is reserved by author, who is the only party authorized to assert the right to make amendments to this document as necessary, and in order that the truth may be ascertained and these proceedings are justly determined : and ,

Should a man or woman possesses information that will controvert and overcome this Declaration which specificity , please advise in writing by Verified Declaration in form of affidavit,  point by point, under penalty of perjury,  within seven days from the filing of this document;  and thereby, provide me with your timely rebuttal proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and at no time in reliance or mere perceptive facts the personal conclusions, that this affidavit is substantially and materially false sufficiently for changing materially my declaration; and

To: The Public, file on the Public Record

Jurisdiction of the Court: Commerce
27 9CFR) Code of Federal Regulation 27.11
All "crimes" are Commercial

## Notice of Interest
And
## Commercial Affidavit
By: karl-el bey: family of Burden

### Regarding case number **40:20-cr-00017**

Whereas, the public record is the highest form of evidence, I am hereby timely creating for the public record by this Verified Declaration, Affidavit, within the Virginia/ Nevada Union State that an Expressed Trust had Arisen; and,

Judge the US Marshall is in possession of and Custody of the person being Charged, And valuable Consideration has been Tendered.

Did you Notice and Acknowledge the Trust?; and,

Did you Notice the Expression of the Trust and the Validity of the Equitable E-state?; and,

Do you Disclaim a Trust has arisen?; and

Your silence is evidence and stands as consent, and tacit approval to all claims, for the declarations of facts and conclusions here being established as fact, as a law matter and this declaration, affidavit, absent written rebuttal within forty-eight (48) hours, will stand judgement in this matter; and,

Failure to rebut in a <u>sworn affidavit form within seven days,</u> item by item, shall establish you are in full agreement with the claims herein or has been presented and are thusly lawfully estopped pursuant to: [Carmine v. Bowen, 64 A.932, 1906], "silence activates estoppel": and,

The right to amend this document is reserved by author, who is the only party authorized to assert the right to make amendments to this document as necessary, and in order that the truth may be ascertained and these proceedings are justly determined : and ,

Should a man or woman possesses information that will controvert and overcome this Declaration which specificity , please advise in writing by Verified Declaration in form of affidavit, point by point, under penalty of perjury, within seven days from the filing of this document; and thereby, provide me with your timely rebuttal proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and at no time in reliance or mere perceptive facts the personal conclusions, that this affidavit is substantially and materially false sufficiently for changing materially my declaration; and

Date: May 17, 2021

To: Fernando Galindo, Clerk of Court

UNITED STATES DISTRICT COURT
Newport News Division
2400 West Avenue
Newport News, VA 23607

Re: **Affidavits and Notices filing**

Dear Mr. Galindo,

As Trustee of the expressed trust CARL LINWOOD BURDEN, LLC. ©®™d/b/a CARL BURDEN Estate trust, The Trustee files the following Notices, Affidavits, and Motions:

1. **ACCEPTED FOR HONOR ON BEHALF OF THE UNITED STATES**
2. **NOTICE TO ALL AFFIDAVIT OF TRUTH AND REPUDIATION**
3. **2ND NOTICE TERMINATION OF SERVICES**
4. **AFFIDAVIT NOT PRO – SE**
5. **NOTICE TO CLERK AND ALL JUDICIAL OFFICERS**
6. **NOTICE OF INTEREST AND COMMERICAL AFFIDAVIT**
7. **CEASE AND DESIST NOTICE**
   Please stamp, file and place them upon the public records . I have enclosed extra copies of each document above and ask that you stamp them "filed" and return to me for my records.

TAKE NOTICE THAT, You did receive a prior Notice to Clerk of the filing of document received and the penalties thereof. If you once again refuse to file my documents this would be a second violation charge that I can file for such.

Thank you for your assistance in this matter, should you have any questions or need anything further, please let me know.

Sincerely
Without Prejudice UCC 1 – 308

By: _____ ©®™

Karl – Burden: EL Bey, Beneficiary, 1st lien holder, and Trustee
For the Expressed trust CARL LINWOOD BURDEN, LLC. ©®™
d/b/a CARL BURDEN©®™

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF VIRGINIA

### Newport News Division

UNITED STATES OF AMERICA                    CASE NO 4:20-CR-00017

VS

CARL LINWOOD BURDEN, dba artificial entity

Affiant/Defendant

By; lord karl el bey; family of burden – A Living Soul, as Sui Juris

Date:  May 13, 2021

To: Judge David J. Novak

To:  **Court Executive Officer**

The above case is;

# ACCEPTED FOR HONOR ON BEHALF OF

# THE UNITED STATES

**ACCEPTED FOR VALUE AND CONSIDERATION, EXEMPT FROM LEVY,WITH HONOR.
PLEASE DEPOSIT TO ACCOUNT OF UNITED STATES,**

50 USC 4305 B (2) "Any payment, conveyance, transfer, assignment, or delivery of property or
interest therein, made to or for the account of the United States, or as otherwise directed,
pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder
shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation
of the person making the same; and no person shall be held liable in any court for or in respect
to anything done or omitted in good faith in connection with the administration of, or in
pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or
direction issued hereunder."

(formerly 12 USC 95 (A) (2)

## Pay to the order of the UNITED STATES

## TREASURY

## Without Recourse

### Instructions and Orders:

Accepted for value, Exempt from Levy

H.J. Res. 192, 73rd Cong., 1st Sess. Approved June 5, 1933, 4:30 p.m.
Executive Order 6102
Notice of Mandate Authority by Claim of Right

Without Prejudice

Autograph _Carl Burden-El bey_____ / DATE: 05/14th/2021 14 day, of
_May_____ 2021

Exemption ID# CARL LINWOOD BURDEN / 228800736 SS#
Deposit to the U.S. Treasury DBA The Internal Revenue Service
Charge the same to CARL LINWOOD BURDEN 228800736 CUSIP branch with the remittance.
C3990821
Case # 4:24-CR-00017

I have accepted this on behalf of the United States. Here is the clear concise an unequivocal
 mandate transfer order Comer you may collect that


Department of the Treasure
1500 Pennsylvania Ave Comer .in . W ,Washington DC 22 220

My obligation to the court is done as per 50 USC 4305 b(2) "formerly 12 USC' 95 (a)"

As we the people are the highest authority in the land we have the authority to create a
mandate.

Warning: If notice is not answered or mandate is not performed, silence confirms claim,
 otherwise,  liability has been imposed in the public without remedy .
Respond or perform mandate but then (15) Fifteen, days of receiving this notice.

Respectfully Submitted,  Without prejudice, Without recourse, All rights reserved

Lord karl burden :el bey.

(formerly 12 USC 95 (A) (2)

# Pay to the order of the UNITED STATES

# TREASURY

## Without Recourse

### Instructions and Orders:

Accepted for value, Exempt from Levy

H.J. Res. 192, 73rd Cong., 1st Sess. Approved June 5, 1933, 4:30 p.m.
Executive Order 6102
Notice of Mandate Authority by Claim of Right

Without Prejudice

Autograph _Jarl Buh El Bur_ / DATE: 05/14th/2021 _14_ day, of _May_ 2021

Exemption ID# CARL LINWOOD BURDEN / 228800736 SS#
Deposit to the U.S. Treasury DBA The Internal Revenue Service
Charge the same to CARL LINWOOD BURDEN 228800736 CUSIP branch with the remittance.
C3990821
Case # 4:24-CR-00017

I have accepted this on behalf of the United States. Here is the clear concise an unequivocal mandate transfer order Comer you may collect that


Department of the Treasure
1500 Pennsylvania Ave Comer .in . W ,Washington DC 22 220

My obligation to the court is done as per 50 USC 4305 b(2) "formerly 12 USC' 95 (a)"

As we the people are the highest authority in the land we have the authority to create a mandate.

Warning: If notice is not answered or mandate is not performed, silence confirms claim, otherwise, liability has been imposed in the public without remedy .
Respond or perform mandate but then (15) Fifteen, days of receiving this notice.

Respectfully Submitted, Without prejudice, Without recourse, All rights reserved

Lord karl burden :el bey.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF VIRGINIA

## NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA                    CASE NO 4:20-CR-00017

VS

CARL LINWOOD BURDEN, dba artificial entity

Affiant/Defendant

By; lord karl el bey; family of burden – A Living Soul, as Sui Juris

# NOTICE TO ALL

# AFFIDAVIT OF TRUTH and REPUDIATION

Be it known to all who called themselves "government, "their" courts," agents, and other

parties, i.e., debt collectors, that I, a living soul, ...am a free born sovereign individual, without

subjects. I, am neither subject to any entity anywhere, nor is any entity subject to me. I,

neither dominate anyone, nor am I, dominated. I, choose to be left alone to live out my days in

peace on the "Land" and under the jurisdiction of God

I, am not a "person" as defined in "Rules" "Codes" and "statues" when such definition includes

any such "artificial entities." I, refuse to be treated as a "federally" or "state" created fictional

Sui Juris

# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DICTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATE S OF AMERICA | § | CASE #: 4:20-CR-0001 |
| Plaintiff, | § | **NOTICE (2nd)** |
| Vs | § | TERMINATION OF SERVICES |
| CARL LINWOOD BURDEN | § | |
| Defendant | § | |

I, karl-burden: El-bey a living Soul, a man, Sui Juris; non-agent, non-representative of the false fictional entity known as CARL LINWOOD BURDEN d/b/a CARL BURDEN, created fraudulently by the courts and those are perceived authority in this De Facto Government Without my Consent, as a courtesy and by "special Appearance" **only** without any waiver of rights, do hereby **NOTICE**, again, the Court that services provided by Laura P. Tayman, Esq. to defend CARL LINWOOD BURDEN, d/b/a CARL BURDEN, a legal entity are no longer required, as stated desired, or needed. She is hereby again, **TERMINATED (second time)** from all further services since October 13th 2020 as stated  and all action or services are/were not unauthorized and void.


1United States Constitution, Art, VI, cls, 2; "**This Constitution**, and the laws of the United States which shall be made in the **Pursuance** thereof; and all Treaties made, Or which shall be made, under the Authority of the United States,

UNITED STATE DISTRICT COURT

FOR THE EASTERN DICTRICT OF VIRGINIA

NEWPORT NEWS DIVISION


UNITED STATE S OF AMERICA          §          CASE #: 4:20-CR-0001

        Plaintiff,

    Vs

CARL LINWOOD BURDEN

        Defendant

## AFFIDAVIT NOT PRO-SE

1)    I, karl-burden: El bey a living Soul, Sui Juris, Trustee on record for the express trust, as a courtesy and "special Appearance" only without any waiver of rights, having only just recently learned of the fraud committed by the courts and those of perceived authority in this De Facto Government who having created a false fictional entity known as CARL LINWOOD BURDEN Without my Consent.

2)    I, karl-burden: El bey, Trustee, have previously dismissed Laura P. Tayman as Attorney acting in behalf of the false fictional entity CARL LINWOOD BURDEN, retain all right, including the right to settle all debts and claims, to the assistance of Counsel guaranteed by the Amendment VI to the Constitution for the united States of America to we the People of the united States of America and the several states.

3)    **I, do hereby declare as a living Soul and Trustee that I am Sui Juris** and demand that Pro Se not be applied to the record, I am not representing Pro Se, nor Pro anything, and never want to be or should be considered a part of that traitors' group calling themselves attorney's, nor its Private Foreign labor union the American Bar Association.

4)    **Please SEE ATTACHED "Notice to Clerk" I hereby mandate you to record this correspondence and Demand that it be made available on PACER, under the above reference case number, so it may be found and the records corrected**

5)    Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent


The use of notary below is for the explicit purpose **of a "Jurat Certificate"** and **"Identification"** and such use does not grant any "jurisdiction" to anyone other than I, for or on my own behalf.

Definition / meaning of "jurisdiction: juris = law, diction = words.

Definition / meaning of LAW: = Land, Air, Water, as set up by the three testamentary trusts.

  
The minute you receive any document, it is recorded according to the following case site.

**Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex. 1990).**"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked."

Should you refuse to record any of My documents, once deposited with you, you are committing a crime under Title **18 USC § 2071** by fines and imprisonment if your attorney told you do not file any documents like mine you are still responsible, as I do not accept any third party interveners. attorney District Attorney or anyone from the lowering craft all third parties and do not have a license to make a legal determination in this matter as they do not represent me my property and you the district clerk and do not have authority to represent me.

> **Title 18 USC - Crimes and Criminal Procedure**
> **Part 1 Crimes**
> Chapter 101- Records and Reports
> Section 2 071 Concealment, removal, mutilation generally
> (a)  Whoever willfully and unlawfully conceals, remove, mutilate, obliterates, or destroys, or attempt to do so, or with intent to do so takes and carries away any record, proceeding, map, book, paper, document, other thing, filed or deposited with any clerk or officer of any court of the United States, or any public office, or with any Judicial or public officer of the United States, shall be fine under this title or imprisoned not more than three years, or both.
> (b)  Whoever, having the custody of any such a record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, remove, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the armed forces of the United States.

> **Revised Statues of the United States, 1st session, 43 Congress 1873- 1874.**
> **Title LXX.— CRIMES.— CH. 4.. CRIMES AGAINST JUSTICE**
> **SEC. 5403.** (Destroying, &c. public records.)
> Every person who willfully destroys or attempt to destroy, or, with intent to steal or destroy, takes and carry away any record, paper, or proceedings of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document,  or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: {See § § 5408, 5411, 5412.1]

> **SEC. 5407.** (Conspiracy to defeat enforcement of the laws.)
> If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with the intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawful enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred no more than five thousand dollars, or by imprisonment,  with or without hard labor, not less than six

**To: The Public, file on the Public Record**

Jurisdiction of the Court: Commerce
27 9CFR) Code of Federal Regulation 27.11
All "crimes" are Commercial

# Notice of Interest
And
# Commercial Affidavit
By: karl-el bey: family of Burden

### Regarding case number **40:20-cr-00017**

Whereas, the public record is the highest form of evidence, I am hereby timely creating for the public record by this Verified Declaration, Affidavit, within the Virginia/ Nevada Union State that an Expressed Trust had Arisen; and,

Judge the US Marshall is in possession of and Custody of the person being Charged, And valuable Consideration has been Tendered.

Did you Notice and Acknowledge the Trust?; and,

Did you Notice the Expression of the Trust and the Validity of the Equitable E-state?; and,

Do you Disclaim a Trust has arisen?; and

Your silence is evidence and stands as consent, and tacit approval to all claims, for the declarations of facts and conclusions here being established as fact, as a law matter and this declaration, affidavit, absent written rebuttal within forty-eight (48) hours, will stand judgement in this matter; and,

Failure to rebut in a sworn affidavit form within seven days, item by item, shall establish you are in full agreement with the claims herein or has been presented and are thusly lawfully estopped pursuant to: [Carmine v. Bowen, 64 A.932, 1906], "silence activates estoppel": and,

The right to amend this document is reserved by author, who is the only party authorized to assert the right to make amendments to this document as necessary, and in order that the truth may be ascertained and these proceedings are justly determined : and ,

Should a man or woman possesses information that will controvert and overcome this Declaration which specificity , please advise in writing by Verified Declaration in form of affidavit, point by point, under penalty of perjury, within seven days from the filing of this document; and thereby, provide me with your timely rebuttal proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and at no time in reliance or mere perceptive facts the personal conclusions, that this affidavit is substantially and materially false sufficiently for changing materially my declaration; and

Jurisdiction of the Court: Commerce
27 9CFR) Code of Federal Regulation 27.11
All "crimes" are Commercial

Letter to Clerk of the United States District Court at

*Eastern District of Virginia – Newport News Division*

Dear Court Clerk:

I have obtained the federal court research of Dr. Eduardo M. Rivera, who receive a Juris Doctor degree from the University of California at Los Angeles in 1971 and have been a member of the Bar of California since June 2, 1972. In addition to his legal education and experience, he has a bachelor's degree in government.

I want to verify certain facts about the status of the US District Court,

I have been told that I can obtain a copy of the Jury Service and Selection Plan approved by the appeals court. I have been unable to obtain one from the website of this court: statements of status of the court and the description of geographical boundaries of the judicial distinct. I was told that if I could not obtain these documents off the Internet they might be available from the Office of the Clerk of the Court.

I am making a request of the following documents because they were not available from the court's website:

1. Document identify Articles of Constitution under which this court was established.
2. Documents describing territory that comprises court's judicial district.
3. Copy of Jury Service and Selection Plan.

He has stated in the opinion letter that he prepared for me that the statue law that established that court does not refer to Article III of the United States Constitution and, therefore, the court cannot be ordained and established under Article III. I must obtain this statement from you, the clerk of the court, as to what article of the United States Constitution was used to establish the court.

His conclusion, based on a statute law which were provided to me along with his opinion letter, is in is that the court was created for pursuant to Article I or IV of the United States Constitution and, therefore, the court is limited to territorial jurisdiction consisting of lands and improvements over which the government of the United States has exclusive jurisdiction.

The purpose of his letter is to alert you to the fact that the United States District Court, of the Eastern District of Virginia Newport News division, has no Article III judicial power. If you disagree with his conclusion that the United States District Court Eastern District of Virginia, Newport News division is a territorial court, I would be happy to send you, upon your request, the underlying material upon which he bases that conclusion of its analysis. All you have to do is disagree with Doctor Rivera's conclusion that the United States District Court  Newport News division is a territorial court and I will send you copies of the statue law upon which he relied to make his conclusion.

very truly yours,

:Lord Karl - Burden: EL Bey